IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>Defendants.<br>                                                            / | No. CR 05-00167 WHA<br><br>**ORDER REQUIRING GOVERNMENT FILING IN RESPONSE TO DON JOHNSON REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

The government is **ORDERED TO RESPOND** to defendant Don Johnson's application for leave to file a motion for reconsideration of the Order re Motion for Reconsideration issued April 3, 2006. After the government responds, the Court will decide whether to grant permission to file a motion for reconsideration. The government response is due at **NOON, FRIDAY, JUNE 9, 2006**.

**IT IS SO ORDERED.**

Dated: June 5, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE