1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,
11           Plaintiff,                        No. CR 05-0167 WHA
12       v.
13   EDGAR DIAZ, RICKEY ROLLINS,              **ORDER RE PRESERVATION**
     DON JOHNSON, ROBERT CALLOWAY,           **OF EVIDENCE**
14   DORNELL ELLIS, EMILE FORT,
     CHRISTOPHER BYES, PARIS
15   RAGLAND, RONNIE CALLOWAY,
     ALLEN CALLOWAY, and REDACTED
16   DEFENDANTS Nos. ONE & TWO,
17           Defendants.
18   _____/
19          This order requires the United States to preserve all handwritten interview notes made
20   by prosecutors and federal agents concerning witnesses who have information about the case.
21   *United States v. Harris*, 543 F.2d 1247 (9th Cir. 1976).  Although the government remains
22   indefinite in explaining the extent to which it has direction and control over state and local
23   officers involved in the investigation, this order also requires the government to order all such
24   state and local officers over which it has direction or control to preserve all handwritten
25   interview notes made by such officers concerning witnesses with information about the case
26   and to affirmatively request in writing all other state and local officers involved in the
27   investigation to do likewise.  This preservation order applies even if the interview was
28   summarized in a typed memorandum or report.

**United States District Court**
For the Northern District of California

1    This order does not reach the issue of whether such notes will yet prove to be

2  discoverable or constitute *Brady* material or Jencks Act statements, all of which would depend

3  on future motion practice and/or the government's stand-alone *Brady* obligations.  In the

4  meantime, preservation will preserve the opportunity for such potential evidence to be

5  discovered.

6    By **JULY 15, 2006**, the government shall file a statement setting forth the steps it has

7  taken to effect preservation.

8    As to physical evidence, all such potential physical evidence must be preserved except

9  for forensic testing in connection with this case.  If any such testing will effectively eliminate

10  the sample or diminish it beyond the point of defense testimony, the government must first give

11  reasonable notice to the defense.

12    This order is reciprocal.  All defendants and their investigators must also preserve

13  interview notes and physical evidence.

15    **IT IS SO ORDERED.**

17  Dated:  June 28, 2006.

18  WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

2