IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REDACTED DEFENDANT NO. 1, et al.,<br><br>    Defendants. | **Case No. CR-05-00167 WHA**<br><br>[PROPOSED] **ORDER GRANTING CONTINUANCE OF DON JOHNSON'S SENTENCING**<br><br>**Dept: The Honorable William H. Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by counsel for defendant Don Johnson, the current sentencing date of February 28, 2007 is vacated, and Mr. Johnson's sentencing hearing will be continued to March 28, 2007 at 2:00 p.m. in this Court. Counsel for the defense is directed to ensure that the Government and the probation officer receive copies of this Order.

SO ORDERED.

February 13, 2007

_____
JUDGE OF THE U.S. DISTRICT COURT

[Proposed] Order Granting Continuance of Don Johnson's Sentencing